EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| WHITNEY CROSBY, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br>v.<br>MERLIN ENTERTAINMENTS GROUP U.S. HOLDINGS INC., DISCOVERY CENTRE, US, AND LEGOLAND DISCOVERY CENTRE (DALLAS) LLC,<br><br>Defendants. | CIVIL ACTION NO. 3: 3:12-cv-3576<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

WHEREAS, plaintiff and defendants have settled and compromised the claims in this action,

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff Whitney Crosby and defendants Merlin Entertainments Group U.S. Holdings Inc. and LEGOLAND Discovery Centre (Dallas) LLC, through their respective undersigned counsel, that the above entitled action be and is hereby dismissed and discontinued pursuant to Federal Rule of Civil Procedure 41(a), with prejudice and without costs to any party. Any pending motions are moot and hereby withdrawn.

Dated: New York, New York
April 30, 2013

**THE KENDALL LAW GROUP**

By: _____
Matthew R. Scott
Texas Bar No. 00794613
3232 McKinney Avenue, Suite 700
Dallas, Texas 75204
T: (214) 744-3000
F: (214) 744-3015
Email: mscott@kendalllawgroup.com
*Attorneys for Plaintiff Whitney Crosby*

**JOHNSON GALLAGHER MAGLIERY LLC**

By: _____
John M. Magliery (admitted pro hac vice), NYS Bar No. 4119590
99 Wall Street, 15th Floor
New York, New York 10005
T: (212) 248-2220
F: (212) 248-0170
Email: JMagliery@jgmlaw.com
*Attorneys for Defendants Merlin Entertainments Group U.S. Holdings Inc. and LEGOLAND Discovery Centre (Dallas) LLC*